# TRIAL COURT OFFICIAL'S
## REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

Court of Appeals No. (If known): **12 - 15 - 00156 - CR**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/8/2015 4:05:41 PM
PAM ESTES
Clerk

Trial Court Style: State of Texas v Kendric Darnell Crowder

Trial Court & County: CCAL2, Smith _____ Trial Court No.: 001-83650-14

Date Trial Clerk's Record Originally Due: _____

Date Court Reporter's/Recorder's Record Originally Due: Sept 8, 2015

Anticipated Number of Pages of Record: 150

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:  (Check all that apply - attach additional pages if necessary.)

[X]  to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

[ ]  my duties listed below preclude working on this record: _____
_____

[X]  Other. (Explain.): We have made several attempts to get a hold of Mr. Crowder but have yet to hear from him.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by _____. and I hereby request an additional _____ days within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

Sept 8, 2015
Date

903-780-1627
Office Phone Number

_Marcie Powell_
Signature

Marcie Powell
Printed Name

Official Court Reporter
Official Title

Trial Clerk's/Court Reporter's Request for Ext/12th CA/Tyler/12-3-97

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document: (Information may be either printed or typed.)

Lead Counsel for APPELLANT(S):

Name:_____

Address:_____

_____

Phone no.:_____

Attorney for:_____

Lead Counsel for APPELLEE(S):

Name: Michael West

Address: 100 N. Broadway

Tyler, Tx 75702

Phone no.: 903-590-1720

Attorney for: State of Texas

Lead Counsel for APPELLANT(S):

Name:_____

Address:_____

_____

Phone no.:_____

Attorney for:_____

Lead Counsel for APPELLEE(S):

Name:_____

Address:_____

_____

Phone no.:_____

Attorney for:_____

Additional information, if any:_____

_____

_____

_____

_____